# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 12-33163 |
|---|---|
| LARRY BLEDSOE <br> FELICIA RENEE BLEDSOE <br> Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/21/2012.

2) The plan was confirmed on 11/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 12/19/2016.

6) Number of months from filing to last payment: 52.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $8,150.00.

10) Amount of unsecured claims discharged without payment: $7,162.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $77,513.90 |
| Less amount refunded to debtor | $3,543.18 |

**NET RECEIPTS:** $73,970.72

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,215.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,715.32

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | Unsecured | 1,265.00 | 1,596.06 | 1,596.06 | 1,596.06 | 0.00 |
| ADT SECURITY SYSTEMS | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 390.00 | 390.00 | 390.00 | 0.00 |
| BROTHER LOAN & FINANCE CO | Unsecured | 1,622.00 | 1,966.32 | 1,966.32 | 1,966.32 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,973.00 | 1,973.93 | 1,973.93 | 1,973.93 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 713.00 | 715.37 | 715.37 | 715.37 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 600.00 | 790.50 | 790.50 | 790.50 | 0.00 |
| CMK INVESTMENTS INC | Unsecured | 2,091.00 | 1,163.00 | 878.03 | 878.03 | 0.00 |
| COMPUTER CREDIT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 556.00 | 556.48 | 556.48 | 556.48 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 2,017.00 | 2,328.69 | 2,328.69 | 2,328.69 | 0.00 |
| COTTONWOOD FINANCIAL OF IL LLC | Unsecured | 638.00 | 637.15 | 637.15 | 637.15 | 0.00 |
| CREDIT BUREAU CENTRE | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Unsecured | NA | 470.00 | 470.00 | 470.00 | 0.00 |
| GM FINANCIAL | Secured | 8,619.00 | 8,034.15 | 8,034.15 | 8,034.15 | 464.56 |
| IL DEPT OF REVENUE | Priority | 162.00 | 162.00 | 162.00 | 162.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 1,408.00 | 1,442.99 | 1,442.99 | 1,442.99 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 1,070.00 | 1,073.59 | 1,073.59 | 1,073.59 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,500.00 | 6,470.01 | 6,470.01 | 6,470.01 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,500.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,729.91 | 2,729.91 | 2,729.91 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 472.00 | 471.42 | 471.42 | 471.42 | 0.00 |
| MARIN | Unsecured | 1,423.00 | NA | NA | 0.00 | 0.00 |
| MASSEYS | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| MATTHEWS & KATRINA JACKSON | Unsecured | 9,301.00 | 6,700.00 | 6,700.00 | 6,700.00 | 0.00 |
| MATTHEWS & KATRINA JACKSON | Priority | NA | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,487.00 | 1,028.79 | 1,028.79 | 1,028.79 | 0.00 |
| MID AMERICA BANK | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | Unsecured | 1,265.00 | 1,060.02 | 1,060.02 | 1,060.02 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,356.00 | 1,147.83 | 1,147.83 | 1,147.83 | 0.00 |
| MIDWEST ORTHOPEDICS AT RUSH L | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 439.00 | 438.92 | 438.92 | 438.92 | 0.00 |
| PREMIER BANK CARD | Unsecured | 549.00 | 549.13 | 549.13 | 549.13 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 630.00 | 630.00 | 630.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 608.00 | 607.61 | 607.61 | 607.61 | 0.00 |
| RADIOLOGY CONSULTANTS | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 16,603.00 | 16,829.25 | 16,603.00 | 16,603.00 | 1,057.50 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 1,803.00 | 0.00 | 226.25 | 226.25 | 0.00 |
| RUSH OAK PARK | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,099.00 | 1,101.00 | 1,101.00 | 1,101.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 354.19 | 354.19 | 354.19 | 0.00 |
| TRIBUTE | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MASTERCARD | Unsecured | 1,265.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL HOSPITAL | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF STONE PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,637.15 | $24,637.15 | $1,522.06 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,637.15** | **$24,637.15** | **$1,522.06** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,232.01 | $9,232.01 | $0.00 |
| **TOTAL PRIORITY:** | **$9,232.01** | **$9,232.01** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,864.18** | **$31,864.18** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $6,715.32 |
| Disbursements to Creditors | $67,255.40 |
| **TOTAL DISBURSEMENTS** : | **$73,970.72** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/03/2017        By: /s/ Tom Vaughn
                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**